IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY KELLY and MOLLY KELLY, | No. C 11-03240 WHA |
| Plaintiffs, | |
| v. | **ORDER TO SHOW CAUSE** |
| CBS CORPORATION, *et al.*, | |
| Defendants. | |

Defendant Raytheon Company moved to dismiss the complaint (Dkt. No. 26). Pursuant to Civil Local Rule 7-3, the deadline for plaintiffs to respond to the motion was August 25 but no such response has been received. Plaintiffs are ordered to respond by **NOON ON SEPTEMBER 7, 2011**, and show cause for their failure to respond to the motion. This order to show cause does not constitute permission to file a late opposition. The motion hearing on September 15, 2011, is **VACATED**. The hearing shall be re-set by the Court if necessary. If plaintiffs do not respond by September 7, this case will be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: August 29, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE