| | |
|---|---|
| 1 | MICHELE BARNES (SBN 187239) |
|   | michele.barnes@klgates.com |
| 2 | ZACHARIAH D. BAKER (SBN 271620) |
|   | zac.baker@klgates.com |
| 3 | PETER E. SOSKIN (SBN 280347) |
|   | peter.soskin@klgates.com |
| 4 | K&L GATES LLP |
|   | Four Embarcadero Center, Suite 1200 |
| 5 | San Francisco, CA 94111 |
|   | Telephone: 415 882 8200 |
| 6 | Facsimile: 415 882 8220 |
| 7 | Attorneys for Defendant |
|   | CRANE CO. |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BARRY KELLY and MOLLY KELLY,, | | Case No.   11-cv-03240-~~CRB~~ VC (JSC) |
| Plaintiffs, | | **STIPULATION AND ~~[PROPOSED]~~ ORDER, CONTINGENT ON COURT APPROVAL, TO EXTEND THE FACT DISCOVERY CUTOFF FOR THE SOLE PURPOSES OF DEPOSING CRANE CO.'S PERSON MOST KNOWLEDGEABLE** |
| vs. | | |
| CBS CORPORATION, et al., | | |
| Defendants. | | |

HERE NOW COMES Plaintiffs and Defendants, by and through their respective attorneys of record, and do hereby enter into the following stipulation to extend the fact discovery cutoff for the sole purpose of allowing plaintiffs to take the deposition of defendant Crane Co.'s Person Most Knowledgeable based on the following good cause:

On January 13, 2015, the Court issued a minute order setting March 16, 2015 as the discovery cutoff.  (Document 43).

Plaintiffs timely requested that defendant Crane Co. provide a date and location for the deposition of its Person Most Knowledgeable.

Crane Co. informed Plaintiffs that its Person Most Knowledgeable is unable to sit for a deposition until March 17, 2015, and Crane Co. has agreed to produce its Person Most Knowledgeable at a location to be determined by mutual agreement, for deposition in-person, by telephone, or by video conference on that date.

1

STIPULATION AND [PROPOSED] ORDER, CONTINGENT ON COURT APPROVAL, TO EXTEND THE FACT DISCOVERY CUTOFF FOR THE SOLE PURPOSES OF DEPOSING CRANE CO.'S PERSON MOST KNOWLEDGEABLE  – 11-CV-03240-CRB (JSC)

PLAINTIFFS AND DEFENDANTS DO HEREBY STIPULATE that, contingent upon approval of the Court, the discovery cutoff shall be continued, solely for the purpose of allowing plaintiffs to take the deposition of Crane Co.'s Person Most Knowledgeable, until March 17, 2015, or until the conclusion of the deposition, whichever is later.

All other scheduling order dates will remain the same, including those set forth in Judge Chhabria's January 13, 2015 Order, Document (43).

IT IS SO STIPULATED.

**K&L GATES LLP**

Dated: February 17, 2015         By: _____
                                     Peter E. Seskin
                                     Attorneys for Defendant Crane Co.

**BRAYTON PURCELL LLP**

Dated: February 17, 2015         By: _____
                                     Kimberly Chu
                                     Attorneys for Plaintiffs

**FOLEY & MANSFIELD LLP**

Dated: February 17, 2015         By: /s/ Elizabeth Bain
                                     Gary D. Sharp
                                     Elizabeth R. Bain
                                     Attorneys for Defendant Cleaver-Brooks, Inc.

**YARON & ASSOCIATES**

Dated: February 17, 2015         By: /s/ D. David Steel
                                     George D. Yaron
                                     D. David Steele
                                     Attorneys for Defendant Puget Sound
                                     Commerce Center, Inc. (fka Todd Shipyards
                                     Corporation)

\\
\\

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION**, the discovery cutoff in this matter shall be continued, solely for the purpose of allowing plaintiffs to take the deposition of Crane Co.'s Person Most Knowledgeable, until March 17, 2015, or the conclusion of the deposition, whichever is later.

Dated: February 18, 2015

_____
Honorable Vince Chhabria

3

STIPULATION AND [PROPOSED] ORDER, CONTINGENT ON COURT APPROVAL, TO EXTEND THE FACT DISCOVERY CUTOFF FOR THE SOLE PURPOSES OF DEPOSING CRANE CO.'S PERSON MOST KNOWLEDGEABLE – 11-CV-03240-CRB (JSC)