GILBERT L. PURCELL, ESQ., S.B. #113603
KIMBERLY J. CHU, ESQ., S.B. #206817
Email: kchu@braytonlaw.com
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Facsimile)

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BARRY KELLY and MOLLY KELLY, | Case No. 3:11-cv-03240-VC |
| Plaintiffs, | |
| vs. | [~~PROPOSED~~] ORDER ALLOWING TRIAL EQUIPMENT |
| CLEAVER-BROOKS, INC; CRANE CO; PUGET SOUND COMMERCE CENTER, INC. (FKA TODD SHIPYARDS CORPORATION) | Trial Date: May 11, 2015<br>Judge: Honorable Vince G. Chhabria<br>Courtroom: 4-17th Floor |
| Defendants. | |

1  Plaintiffs require the following items to be allowed into the above courtroom on or
2  before May 11, 2015 for trial setup, as well as for trial commencing on May 11, 2015:
3  Plaintiffs' Exhibit binders
4  Richard Cohen Binders
5  Dr. Arnold Brody Binders
6  Laptops (2)
7  Exemplar:   Thermal Tape w/ Amosite Filler
8  Exemplar:   Eagle Pitcher Insulating Cement
9  Exemplar:   Unibestos Pipe Covering
10 Exemplar:   Pabco Block Insulation
11 Exemplar:   Asbestos Cloth (Blue Grade A  85% Crysotile)
12 Exemplar:   Asbestos Cloth (Green Grade C 95% Crysotile)
13 Exemplar:   Asbestos Pipe Insulation
14 Exemplar:   Asbestos Blanket
15 Exemplar:   Unibestos Unarco Pipe Covering 3ft Long
16 Exemplar:   Cal- Sil 1/2 Round Pipe Covering 3ft Long
17 Exemplars:  Gaskets (various)
18 Exemplars:  Packing (various)
19 Exemplar: Vial of Asbestos
20 Exemplar: Translucent Cube - One Cubic Foot of Air
21 Exemplar: Anatomical Model
22 ELMO
23 DVD player
24 VCR
25 Speakers (2)
26 Easels (2)
27 Box of easel pads (2)
28 Screen

1. Projector
2. Trial Boards
3. Tool box
4. AV cords (4)
5. Stapler
6. Asbestos sample
7. Remotes for VCR, DVD, Projector and ELMO
8. Packing tape
9. Scotch tape
10. Box of felt pens
11. Extension cord
12. Table
13. Power strip

Dated:  May 1, 2015

BRAYTON❖PURCELL LLP

By:  s/ Kimberly J. Chu
Kimberly J. Chu, Esq., S.B. #206817
Email: kchu@braytonlaw.com
Tel: (415) 898-1555
Fax: (415) 898-1247
Attorneys for Plaintiffs

IT IS SO ORDERED.

Dated:  May 4, 2015

Honorable Vince G. Chhabria

K:\Injured\115572\FED\PLD\ord setup.wpd

2

[PROPOSED] ORDER ALLOWING TRIAL EQUIPMENT