Gary D. Sharp, Esq.        SBN 116216
Jennifer McCormick, Esq. SBN 189693
Elizabeth R. Bain, Esq.     SBN 155265
Andrew L. Sharp Esq.       SBN 292541

**Foley & Mansfield P.L.L.P.**
300 Lakeside Drive, Suite 1900
Oakland, California  94612
Telephone No: (510) 590-9500
Facsimile No:  (510) 590-9595
Email:          gsharp@foleymansfield.com
                jmccormick@foleymansfield.com
                ebain@foleymansfield.com
                asharp@foleymansfield.com
Attorneys for Defendant
**CLEAVER-BROOKS, INC.**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY KELLY and MOLLY KELLY, | Case No. 3:11-cv-03240-VC |
| Plaintiffs, | [~~PROPOSED~~] ORDER ALLOWING ADDITIONAL TRIAL EQUIPMENT |
| vs. | |
| CBS CORPORATION, et al., | |
| Defendants | |

---

[PROPOSED] ORDER ALLOWING ADDITIONAL TRIAL EQUIPMENT

**1**  In addition to the items included in the Court's May 4, 2015 order permitting equipment into the
**2**  courtroom, Defendant Cleaver-Brooks, Inc. requires the following additional items be allowed into the
**3**  courtroom for trial beginning May 11, 2015:

**4**  Laptops (2)

**5**  Apple iPad

**6**  Apple TV

**7**  Apple Airplay

**8**  HDMI Cord

**9**  Power strip

**10**  Duct tape

**12**  Dated: May 5, 2015                                   **FOLEY & MANSFIELD, PLLP**

**14**                                                      By: /s/Andrew Sharp
                                                                Gary D. Sharp, Esq.       SBN 116216
**15**                                                          T. Eric Sun, Esq.         SBN 187486
                                                                Elizabeth R. Bain, Esq.   SBN 255265
**16**                                                          Andrew L. Sharp Esq.      SBN 292541
                                                                Attorneys for Defendant
**17**                                                          **CLEAVER-BROOKS, INC.**

**19**  IT IS SO ORDERED.

**20**  Dated: May 5, 2015

**21**                                                      Honorable Vince G. Chhabria

---

2
[PROPOSED] ORDER ALLOWING ADDITIONAL TRIAL EQUIPMENT