BRAYTON♦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY KELLY and MOLLY KELLY, | No. 3:11-cv-03240-VC |
| Plaintiffs, | **ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT CLEAVER-BROOKS, INC.** |
| vs. | |
| CBS CORPORATION (FKA VIACOM INC., FKA WESTINGHOUSE ELECTRIC CORPORATION), *et al.*, | |
| Defendants. | |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant CLEAVER-BROOKS, INC. are hereby dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: May 13, 2015        By: _____
Vince Chhabria
United States District Judge

1
ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT CLEAVER-BROOKS, INC.