UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BARRY KELLY, et al.,

    Plaintiffs,

v.

PUGET SOUND COMMERCE CENTER, INC., et al.,

    Defendants.

Case No. 11-cv-03240-VC

**ORDER RE JURY INSTRUCTIONS**

The parties' submissions regarding jury instructions are almost indecipherable. The parties are ordered to jointly submit a single set of proposed jury instructions in complete compliance with the Court's standing order for civil trials, which is available on the Court's website. The new set of joint proposed jury instructions must be filed by 5 p.m. on Sunday, May 17, 2015.

**IT IS SO ORDERED.**

Dated: May 13, 2015

VINCE CHHABRIA
United States District Judge