**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BARRY KELLY and MOLLY KELLY,<br><br>Plaintiffs,<br><br>vs.<br><br>CBS CORPORATION (FKA VIACOM INC., FKA WESTINGHOUSE ELECTRIC CORPORATION), *et al.*,<br><br>Defendants | No. 3:11-cv-03240-VC<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF ANY ASBESTOS EXPOSURE CLAIMS ON OR AFTER DECEMBER 5, 1980 FROM DEFENDANT PUGET SOUND COMMERCE CENTER, INC., f/k/a TODD SHIPYARDS CORPORATION** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All allegations, if any, related to exposure to asbestos on or after December 5, 1980 as to Defendant PUGET SOUND COMMERCE CENTER, INC., f/k/a TODD SHIPYARDS CORPORATION are hereby dismissed with prejudice.

Dated: May 19, 2015         By: _____
                                                    Vince G. Chhabria
                                                    United States District Judge