UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY KELLY, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>PUGET SOUND COMMERCE CENTER, INC., et al.,<br><br>　　　　Defendants. | Case No. 11-cv-03240-VC<br><br>**ORDER RE STIPULATION TO REOPEN THE CASE**<br><br>Re: Dkt. No. 196 |

The request to reopen the case is denied. The deadline to reopen the case is extended by 60 days from the date of this order. Any further request to reopen the case must be made in person by noticed motion, with all parties appearing.

**IT IS SO ORDERED.**

Dated: July 9, 2015

VINCE CHHABRIA
United States District Judge