BRAYTON♦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY KELLY and MOLLY KELLY, <br><br> Plaintiffs, <br><br> vs. <br><br> CBS CORPORATION (FKA VIACOM INC., FKA WESTINGHOUSE ELECTRIC CORPORATION), *et al.*, <br><br> Defendants. | No. 3:11-cv-03240-VC <br><br> **ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT PUGET SOUND COMMERCE CENTER, INC.,** erroneously sued as and formerly known as **TODD SHIPYARDS CORPORATION** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED.** All claims against Defendant PUGET SOUND COMMERCE CENTER, INC., erroneously sued as and formerly known as TODD SHIPYARDS CORPORATION are hereby dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: July 20, 2015

By: /s/ _____
Vince G. Chhabria
United States District Judge

1
ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT PUGET SOUND COMMERCE CENTER, INC., erroneously sued as and formerly known as TODD SHIPYARDS CORPORATION